UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIDSUMMER INVESTMENT, LTD., | 09 Civ. 9259

        Plaintiff,

   -against- | **NOTICE OF APPEARANCE**

MERRIMAN CURHAN FORD
GROUP, INC.,

        Defendant.

---

To the Clerk of This Court and All Parties of Record:

    PLEASE TAKE NOTICE that the undersigned counsel hereby appears in this action, for Plaintiff Midsummer Investment, Ltd.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      August 4, 2010

                              OLSHAN GRUNDMAN FROME ROSENZWEIG
                              & WOLOSKY LLP

                              By: ____/s/ Jennifer L. Heil_____
                                  Jennifer L. Heil (JH 4290)
                                  Park Avenue Tower
                                  65 East 55th Street
                                  New York, New York 10022
                                  (212) 451-2300
                                  jheil@olshanlaw.com

                              *Attorneys for Plaintiff Midsummer Investment, Ltd.*

1032337-1