UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MIDSUMMER INVESTMENT, LTD.,

                Plaintiff,

    - against -                  O R D E R

MERRIMAN CURHAN FORD GROUP, INC.      09 Civ. 09259 (NRB)

                Defendant.
----------------------------------------X
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

       It having been reported to this Court that this case has been settled, it is

       **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 14 days.

DATED:    New York, New York
          October 29, 2010

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/10