UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Midsummer Investment, Ltd.,<br><br>                                    Plaintiff,<br><br>          -against-<br><br>Merriman Curhan Ford Group, Inc.,<br><br>                                    Defendant. | Index No. 1:09-cv-09259-NRB<br><br><br>STIPULATION OF DISMISSAL OF<br>ACTION WITH PREJUDICE<br>[FRCP Rule 41(a)(1)(A)(ii)] |

IT IS HEREBY STIPULATED by and between Plaintiff, ("Midsummer Investment,

Ltd."), and Defendant, Merriman Holdings, Inc., formerly known as "Merriman Curhan Ford

Group, Inc." ("MCF"), through their counsel that the above entitled action be and hereby is

dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii).

Dated: November 16, 2010                        Dated: November 28, 2010

MANATT, PHELPS & PHILLIPS, LLP          OLSHAN GRUNDMAN FROME
                                        ROSENZWEIG & WOLOSKY LLP

By: _____            By: _____
      Christopher L. Wanger                   Thomas J. Fleming (TF4423)
      One Embarcadero Center, 30th Floor      Park Avenue Tower
      San Francisco, CA 94111                 65 East 55th Street
      Tel. No. (415) 291-7400                 New York, New York 10022
      Fax No. (415) 291-7474                  (212) 451-2300

*Attorneys for Defendant*                *Attorneys for Plaintiff*

19

1097086-8