```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Midsummer Investment, Ltd.,

                Plaintiff,

-against-

Merriman Curhan Ford Group, Inc.,

                Defendant.

Index No. 1:09-cv-09259-NRB

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
[FRCP Rule 41(a)(1)(A)(ii)]

---

IT IS HEREBY STIPULATED by and between Plaintiff, ("Midsummer Investment, Ltd."), and Defendant, Merriman Holdings, Inc., formerly known as "Merriman Curhan Ford Group, Inc." ("MCF"), through their counsel that the above entitled action be and hereby is dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii).

Dated: November 16, 2010

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Christopher L. Wanger
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel. No. (415) 291-7400
Fax No. (415) 291-7474

*Attorneys for Defendant*

Dated: November 28, 2010

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Thomas J. Fleming (TF4423)
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

*Attorneys for Plaintiff*

SO ORDERED:   November 30, 2010

_____
**Naomi Reice Buchwald, U.S.D.J.**

1097086-8